24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5554. Stephen Ceslik, Petitioner v. Miller Ford, Inc.**

565 U.S. 812, 132 S. Ct. 89, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6842.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5687. Paul Alonzo Ewing, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6977.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5664. Michael R. Ochoa, Petitioner v. Erin Rubin.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6631.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5886. Horace Linton Brown, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6981.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 11-5682. Carlos Reyes, Petitioner v. United States.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6963.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24,

**No. 11-5954. Cheryl J. Latos, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 812, 132 S. Ct. 90, 181 L. Ed. 2d 20, 2011 U.S. LEXIS 6930.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-981. Navajo Nation, Petitioner v. Equal Employment Opportunity Commission, et al.**

**No. 10-986. Peabody Western Coal Company, Petitioner v. Equal Employment Opportunity Commission, et al.**

**No. 10-1080. Equal Employment Opportunity Commission, Petitioner v. Peabody Western Coal Company, et al.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6753.

October 3, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 610 F.3d 1070.

**No. 10-1026. John Motley, Warden, Petitioner v. Samuel Arthur Yenawine.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6622.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 997.

**No. 10-1047. Carlos E. Sala, et ux., Petitioners v. United States.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6645.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 613 F.3d 1249.

**No. 10-1106. Owner-Operator Independent Drivers Association, Inc., et al., Petitioners v. Landstar System, Inc., et al.**

565 U.S. 814, 132 S. Ct. 91, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6681.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 622 F.3d 1307.

**No. 10-1113. John Fredy Ospina Hernandez and Paula Andrea Velez Yepez, Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 814, 132 S. Ct. 92, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6781.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 387.

**No. 10-1132. Arthur Weston Staples, Petitioner v. United States.**

565 U.S. 814, 132 S. Ct. 92, 181 L. Ed. 2d 21, 2011 U.S. LEXIS 6744.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.